Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
2833 North Central Ave., #613
Phoenix, AZ 85004
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

Larry P. Smith (6217162)
Admitted *Pro Hac Vice*
Larry P. Smith & Associates, Ltd
205 North Michigan Avenue, 40th Floor
Chicago Illinois 60601
312 222 9028
312 602 3911 facsimile
lsmith@lpsmithlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LEANDRA ADAMS, <br><br> Plaintiff, <br><br> vs. <br><br> CAVALRY PORTFOLIO SERVICES, <br><br> Defendant. | Case No. CIV-07-1333-PHX-LOA <br><br> **VOLUNTARY MOTION TO DISMISS** |

### VOUNTARY MOTION TO DISMISS

NOW COMES the Plaintiff, LEANDRA ADAMS, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, CAVALRY PORTFOLIO SERVICES, with prejudice and without costs to be paid to any party.

1

Respectfully Submitted,
**LEANDRA ADAMS**

By: _____*/s Larry P. Smith*_____
       Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911